CASE NUMBER: 16-12077

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

QUINCY WILLIAMS,

*Appellant*,

vs.

D. GUNN; R. HOWELL; JULIE JONES, SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS; JOHN BARFIELD; CHAD
HARRELL; AND SERGEANT RICKMAN,

*Appellees*.

---

Appeal from the United States District Court for the Northern District of Florida
Case Number: 5:13-cv-00009-MW-GRJ

---

KATHYRN KNOLLINGER'S MOTION TO ADOPT BRIEF

---

**RANDALL G. ROGERS**
Florida Bar No.: 195626
**COURTNEY F. SMITH**
Florida Bar No.: 67388
**COLE, SCOTT & KISSANE, P.A.**
890 South Palafox Street, Suite 200
Pensacola, Florida 32502
Telephone (850) 483-5900
Facsimile (850) 438-6969
Randall.rogers@csklegal.com
courtney.smith@csklegal.com
roxane.hale@csklegal.com
*Counsel for Appellee Kathryn Knollinger*

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE**

Pursuant to Fed. R. App.P.26.1 and Eleventh Circuit Rule 26.1, Appellees, D. Gunn, R. Howell, Julie Jones, Secretary of the Florida Department of Corrections, John Barfield, Chad Harrell, and Sergeant Rickman, through undersigned counsel, hereby state that, to the best of Appellees' knowledge, the following individuals and entities, have an interest in the disposition of this case:

1. Barfield, John, Appellee

2. Bondi, Pamela Jo, Attorney General, State of Florida, Tallahassee, Florida

3. Durham, Shirley Wilson, Assistant Attorney General, Office of the Attorney General, Tallahassee, Florida

4. D. Gunn, Appellee/Defendant/Appellee

5. Harrell, Chad, Defendant/Appellee

6. Howell, R., Defendant/Appellee

7. Jones, Gary, The Honorable Magistrate Judge

8. Jones, Julie L., Secretary of the Department of Corrections

9. Knollinger, Kathryn, Defendant below

10. Kulhman, Lisa, Assistant Attorney General, Office of the Attorney General, Tallahassee, Florida

11. Rickman, Sergeant, Appellee

12. Smoak, Richard The Honorable Judge

13. Walker, Mark E., The Honorable Judge

14. Williams, Quincy, Appellant

## **CERTIFICATE OF CORPORATE DISCLOSURE STATEMENT**

None

## KATHYRN KNOLLINGER'S MOTION FOR JOINDER IN AND ADOPTION OF APPELLEES' ANSWER BRIEF

COMES NOW, Defendant below, KATHYRN KNOLLINGER ("KNOLLINGER"), by and through undersigned counsel, pursuant to Fed. R. App. P. 28(i), 11th Cir. R. 28-1(f), and 11th I.O.P. 28.3, respectfully moves this Court for permission to adopt the relevant portions of the Answer Brief filed by Appellees, D. Gunn; R. Howell; Julie Jones, Secretary of the Florida Department of Corrections; John Barfield; Chad Harrell; and Sergeant Rickman, and in support thereof, states as follows:

1.     KNOLLINGER, a Defendant in the lower court, hereby moves to join in and adopt in its entirety and hereby do join in and adopt in its entirety the Answer Brief filed May 2, 2017 on behalf of Appellees, D. Gunn; R. Howell; Julie Jones, Secretary of the Florida Department of Corrections; John Barfield; Chad Harrell; and, Sergeant Rickman (collectively "Appellees"), as her Answer Brief, to the extent Appellant's Initial Brief requires a response from KNOLLINGER.

2.     Federal Rule of Appellate Procedure 28(i) is the specific rule for "adopting by reference." Rule 28(i) provides that, "[i]n a case involving more than one appellant or appellee, including consolidated cases, any number of appellants or appellees may join in a brief, and any party may adopt by reference a part of another's brief. Parties may also join in reply briefs." Fed. R.

App. P. 28(i).

3.   KNOLLINGER was not made a party to the instant appeal and was recently informed about the same by Appellee's counsel.

4.   It was the intention of undersigned counsel and Appellees' counsel that KNOLLINGER would be included in the Answer Brief of the Defendants-Appellees to the extent a response from KNOLLINGER is required, but due to the tight time schedule and miscommunications, KNOLLINGER was not included in the Answer Brief.

5.   Alternatively, should this Court deny KNOLLINGER's instant Motion but require KNOLLINGER's response to Appellant's Initial Brief, KNOLLINGER would request an extension of 30 days within which to serve her Answer Brief.

6.   The parties to this appeal will not be prejudiced by KNOLLINGER's joinder to and adoption of the Answer Brief of the Defendants-Appellees, nor will the parties be prejudiced if this Court sees fit to grant KNOLLINGER additional time within which to file and serve her Answer Brief.

**WHEREFORE**, Defendant below, KATHYRN KNOLLINGER, requests this Honorable Court enter an Order allowing her to adopt the Brief of the Appellees, D. Gunn; R. Howell; Julie Jones, Secretary of the Florida Department of

Corrections; John Barfield; Chad Harrell; and Sergeant Rickman, to the extent the Appellant's Initial Brief requires a brief in response by KATHYRN KNOLLINGER, or in the alternative, requests an Order granting KATHYRN KNOLLINGER additional time within which to file and serve her Answer Brief.

        Respectfully submitted,

        */s/*C*OURTNEY* F. S*MITH*
        **RANDALL G. ROGERS**
        Florida Bar No.: 195626
        **COURTNEY F. SMITH**
        Florida Bar No.: 67388
        **COLE, SCOTT & KISSANE, P.A.**
        890 South Palafox Street, Suite 200
        Pensacola, Florida 32502
        Telephone (850) 483-5900
        Facsimile (850) 438-6969
        Randall.rogers@csklegal.com
        courtney.smith@csklegal.com
        roxane.hale@csklegal.com

## CERTIFICATE OF COMPLIANCE WITH PAGE LIMITATION AND FORMATTING REQUIREMENTS

    I certify that this response and incorporated memorandum of law complies with the page limitation set forth in Federal Rule of Appellate Procedure 27(d)(2); the typeface requirements of Rule 32(a)(5); and the type style requirements of Rule 32(a)(6), as this response and incorporated memorandum of law has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, 14 point font.

*/s/*C*OURTNEY* F. S*MITH*
**RANDALL G. ROGERS**
Florida Bar No.: 195626
**COURTNEY F. SMITH**
Florida Bar No.: 67388

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST
*Quincey Williams v. D. Gunn, et al*
**CASE NO.: 16-12077**

QUINCY WILLIAMS
DC# 340902
Martin Correctional Institution,
1050 S.W. Allapattah Road,
Indiantown, Florida 34956-4310
*Via U.S. Mail*

Shirley Wilson Durham
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Email: shirley.durham@myfloridalegal.com
*Via Email and/or CM/ECF*

7

*/S/***C**OURTNEY **F. S**MITH

**R**ANDALL **G. R**OGERS
Florida Bar No.: 195626
**C**OURTNEY **F. S**MITH
Florida Bar No.: 67388
**C**OLE**, S**COTT **& K**ISSANE**, P.A.**
890 South Palafox Street, Suite 200
Pensacola, Florida 32502
Telephone (850) 483-5900
Facsimile (850) 438-6969
Randall.rogers@csklegal.com
courtney.smith@csklegal.com
roxane.hale@csklegal.com