**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

May 25, 2017

Courtney F. Smith  
Cole, Scott and Kissane P.A.  
890 S PALAFOX STE 200  
PENSACOLA, FL 32502

Appeal Number: 16-12077-GG  
Case Style: Quincy Williams v. Rickman, et al  
District Court Docket No: 5:13-cv-00009-MW-GRJ

We have received from you a motion to adopt brief. You have not entered your appearance in this appeal. Counsel who wish to participate in this appeal must complete and file an appearance of counsel form. Appearance forms are available on the Internet at www.ca11.uscourts.gov.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso, GG  
Phone #: (404) 335-6177

ATTY-1 Appearance form bar admission