## CASE NUMBER: 16-12077

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

## QUINCY WILLIAMS,

*Appellant*,

vs.

## NICOLAS RICKMAN, CHAD HARRELL, AND JOHN BARFIELD,

*Appellees*.

---

Appeal from the United States District Court for the Northern District of Florida
Case Number: 5:13-cv-00009-MW-GRJ

---

## JOINT MOTION TO DISMISS APPEAL AS TO
## APPELLEE KATHRYN KNOLLINGER

---

**VALARIE LINNEN, ESQ.**
Florida Bar No. 63291
P.O. Box 330339
Atlantic Beach, FL 32233
P.O. Box 200
Chippewa Lake, MI 49320
888.608.8814
vlinnen@live.com
*Attorney for Appellant*

**COURTNEY F. SMITH, ESQ.**
Florida Bar No.: 67388
**COLE, SCOTT & KISSANE, P.A.**
890 South Palafox Street, Suite 200
Pensacola, Florida 32502
Telephone (850) 483-5900
Facsimile (850) 438-6969
Randall.rogers@csklegal.com
courtney.smith@csklegal.com
roxane.hale@csklegal.com
*Counsel for Appellee*
*Kathryn Knollinger*

1

## <u>CERTIFICATE OF INTERESTED PERSONS AND</u>
## <u>CORPORATE DISCLOSURE</u>

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure and Rule 26.1 of the Eleventh Circuit Rules, Appellant QUINCY WILLIAMS and Appellee KATHRYN KNOLLINGER, through respective counsel, hereby state that, to the best of their knowledge, the following individuals and entities, have an interest in the disposition of this case:

1. Barfield, John, Appellee

2. Bondi, Pamela Jo, Attorney General, State of Florida, Tallahassee, Florida

3. Cole, Scott, counsel for Appellee Knollinger

4. Culpepper, Samuel, Appellee

5. Durham, Shirley Wilson, Assistant Attorney General, Office of the Attorney General, Tallahassee, Florida

6. Gunn, Phealendra, Appellee

7. Harrell, Chad, Appellee

8. Howell, R., Appellee

9. Jones, Gary, The Honorable Magistrate Judge

10. Jones, Julie L., Secretary of the Department of Corrections

11. Knollinger, Kathryn, Defendant below

12. Kulhman, Lisa, Assistant Attorney General, Office of the Attorney

General, Tallahassee, Florida

13. Linnen, Valarie, counsel for Appellant

14. Rickman, Sergeant, Appellee

15. Rogers, Randall, counsel for Appellee Knollinger

16. Smith, Courtney, counsel for Appellee Knollinger

17. Smoak, Richard, U.S. District Court Judge

18. Walker, Mark E., U.S. District Court Judge

19. Williams, Quincy, Appellant

## <u>JOINT MOTION FOR VOLUNTARY DISMISSAL</u>

Plaintiff/Appellant QUINCY WILLIAMS and Defendant/Appellee KATHRYN KNOLLINGER jointly move this Court for voluntary dismissal of Appelle KNOLLINGER from this appeal, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and Rule 42-1(a) of the Eleventh Circuit Rules.

Each party will bear their respective costs and attorneys' fees incurred in connection with this appeal.

WHEREFORE, the Parties jointly move the Court to dismiss this appeal with prejudice.

Dated: **January 5, 2018**

Respectfully submitted,

| | |
|---|---|
| */s/ Valarie Linnen* | */s/ Courtney F. Smith* |
| **VALARIE LINNEN, ESQ.** | **COURTNEY F. SMITH, ESQ.** |
| Florida Bar No. 63291 | Florida Bar No.: 67388 |
| P.O. Box 330339 | **COLE, SCOTT & KISSANE, P.A.** |
| Atlantic Beach, FL 32233 | 890 South Palafox Street, Suite 200 |
| P.O. Box 200 | Pensacola, Florida 32502 |
| Chippewa Lake, MI 49320 | Telephone (850) 483-5900 |
| 888.608.8814 | Facsimile (850) 438-6969 |
| vlinnen@live.com | Randall.rogers@csklegal.com |
| **Attorney for Appellant** | courtney.smith@csklegal.com |
| | roxane.hale@csklegal.com |
| | **Counsel for Appellee** |
| | **Kathryn Knollinger** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST
### *Quincey Williams v. Nicolas Rickman, et al*
### CASE NO.: 16-12077

**Valarie Linnen, Esq.**
P.O. Box 330339
Atlantic Beach, FL
32233 P.O. Box 200
Chippewa Lake, MI 49320
vlinnen@live.com
Counsel for Appellant
*Via Email and/or CM/ECF*

**Courtney F. Smith, Esq.**
890 South Palafox Street, Suite 200
Pensacola, Florida 32502
courtney.smith@csklegal.com
roxane.hale@csklegal.com
Counsel for Appellee
 Kathryn Knollinger
*Via Email and/or CM/ECF*

**Shirley Wilson Durham, Esq.**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
shirley.durham@myfloridalegal.com
Counsel for Appellees Nicolas Rickman,
Chad Harrell, and John Barfield
*Via Email and/or CM/ECF*

*/s/Courtney F. Smith*
COURTNEY F. SMITH
Florida Bar No.: 67388